*Kenneth Jones,* for appellee (case no. 37026).
*George P. Dillard, William P. Trotter,* for appellee (case no. 37027).

## 37458. WATKINS v. THE STATE.

JORDAN, Chief Justice.

Since it affirmatively appears that appellant Watkins was remanded to the custody of Alabama authorities on January 7, 1981, and has been extradited to the State of Alabama his appeal is now moot. See *Stynchcombe v. Boulware,* 240 Ga. 295 (240 SE2d 86) (1977).

*Appeal dismissed. All the Justices concur.*

DECIDED JUNE 30, 1981.

*Smith, Longabaugh, Hendon, Boyce, Dickson & Clark, W. Larue Boyce, Jr.,* for appellant.
*Lewis R. Slaton, District Attorney, H. Allen Moye, Assistant District Attorney,* for appellee.

## 37497. BURKE v. PROPST.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED JUNE 30, 1981.

*William Edmund Burke,* for appellant.
*David E. Betts,* for appellee.
*Floyd E. Propst,* pro se.

## 37524. BROOKS v. THE STATE.

UNDERCOFLER, Justice.

We granted certiorari in this case[1] to resolve an apparent conflict in our criminal cases which address the presumption of sanity.

---

[1] *Brooks v. State,* 157 Ga. App. 650 (278 SE2d 465) (1981).